STATE OF MAINE
KENNEBEC, ss

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT

2007 DEC 21  A 10: 00

MICHELLE ......
CLERK OF COURTS

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-07-341
NM- KEN - 12/21/2007

STATE OF MAINE

v.                                              ORDER

ROBERT FILION,                                          DONALD L. GARBRECHT
                                                          LAW LIBRARY

        Defendant

                                                        JAN 2 4 2008

The findings of fact made on the record at the close of the hearing are incorporated into this order by reference.

The facts in this case differ from those in Tullous and Missouri, on which the defendant relies. See State v. Tullous, 692 N.W.2d 790, 790-791 (S.D. 2005); State v. Missouri, 603 S.E.2d 594, 594-596 (S.C. 2004). The defendant has failed to meet his burden that he had a reasonable expectation of privacy at Ms. Rines's home. See Minnesota v. Carter, 525 U.S. 83, 88 (1998); see also U.S. v. Battle, 400 F. Supp. 2d. 355, 358 (D. Mass. 2005).

The defendant is charged with trafficking in schedule W drugs. Unless the State is relying on possession to prove trafficking, the defendant has no standing to challenge the search. See 17-A M.R.S.A. §§1103(1-A)(A) & 1101(17)((D); State v. Cadigan, 249 A.2d 750, 753 (Me. 1969).

The entry is

        The Defendant's Motion to Suppress the Search and Seizure
        of Evidence is DENIED.

Date: December 18, 2007

                                            Nancy Mills
                                            Justice, Superior Court

1

STATE OF MAINE
   vs
ROBERT D FILION
34 MAD BULLDOG ROAD
SABATTUS ME 04280

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2007-00341

**DOCKET RECORD**

DOB: 07/24/1981
Attorney: ALLAN LOBOZZO
         ALLAN E LOBOZZO ESQ
         500 MAIN ST
         PO BOX 957
         LEWISTON ME 04243-0957
         RETAINED 05/03/2007

State's Attorney: WILLIAM SAVAGE

Filing Document: CRIMINAL COMPLAINT
Filing Date: 04/17/2007

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

**1   UNLAWFUL TRAFFICKING IN SCHEDULED DRUGS     04/13/2007 LITCHFIELD
Seq 8541   17-A   1103(1-A)(A)          Class B**


**2   VIOLATING CONDITION OF RELEASE          04/13/2007 LITCHFIELD
Seq 9632   15     1092(1)(A)          Class E**


## Docket Events:

04/17/2007 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 04/17/2007

04/17/2007 Charge(s): 1,2
         HEARING -  INITIAL APPEARANCE SCHEDULED FOR 04/17/2007 @ 1:00

         NOTICE TO PARTIES/COUNSEL
04/18/2007 Charge(s): 1,2
         HEARING -  INITIAL APPEARANCE HELD ON 04/17/2007
         NANCY  MILLS , JUSTICE
         Attorney: CAROL WEBB
         DA:  WILLIAM SAVAGE
         ELECTRONIC RECORDING
04/18/2007 Charge(s): 1,2
         PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 04/17/2007

04/18/2007 Charge(s): 1,2
         HEARING -  STATUS CONFERENCE SCHEDULED FOR 06/26/2007 @ 11:30

04/18/2007 BAIL BOND - $2,000.00 CASH BAIL BOND SET BY COURT ON 04/17/2007
         NANCY  MILLS , JUSTICE
04/18/2007 BAIL BOND - $2,000.00 CASH BAIL BOND FILED ON 04/18/2007

         Bail Receipt Type: CR
         Bail Amt: $2,000
                         Receipt Type: CK
         Date Bailed: 04/17/2007    Prvdr Name: ROBERT  FILION

Rtrn Name: ROBERT  FILION

05/03/2007 Party(s):  ROBERT D FILION
           ATTORNEY -  RETAINED ENTERED ON 05/03/2007


           Attorney:  ALLAN LOBOZZO
06/26/2007 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE HELD ON 06/26/2007
           NANCY  MILLS , JUSTICE
           Attorney:  ALLAN LOBOZZO
           DA:  JAMES CAMERON        Reporter: TAMMY DROUIN
           Defendant Present in Court
06/26/2007 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 09/11/2007 @ 10:00

06/26/2007 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE NOTICE SENT ON 06/26/2007

06/29/2007 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE NOT HELD ON 06/29/2007

06/29/2007 Charge(s): 1,2
           SUPPLEMENTAL FILING -  INDICTMENT FILED ON 06/28/2007

06/29/2007 Charge(s): 1,2
           HEARING -  ARRAIGNMENT SCHEDULED FOR 07/10/2007 @ 8:00

06/29/2007 Charge(s): 1,2
           HEARING -  ARRAIGNMENT NOTICE SENT ON 06/29/2007

07/09/2007 MOTION -  OTHER MOTION FILED BY STATE ON 07/09/2007

           MOTION FOR PROTECTIVE DISCOVERY
07/10/2007 MOTION -  OTHER MOTION GRANTED ON 07/09/2007
           DONALD H MARDEN , JUSTICE
           MOTION FOR PROTECTIVE DISCOVERY
07/10/2007 Charge(s): 1,2
           HEARING -  ARRAIGNMENT HELD ON 07/10/2007
           DONALD H MARDEN , JUSTICE
           Attorney:  ALLAN LOBOZZO
           DA:  WILLIAM SAVAGE        Reporter: PEGGY STOCKFORD
           Defendant Present in Court

           READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
           DEFENDANT.  21 DAYS TO FILE MOTIONS
07/10/2007 Charge(s): 1,2
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 07/10/2007

07/10/2007 BAIL BOND - $2,000.00 CASH BAIL BOND CONTINUED AS POSTED ON 07/10/2007

07/27/2007 Charge(s): 1,2
           MOTION -  MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT ON 07/27/2007

07/27/2007 Charge(s): 1,2
        MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 07/27/2007

        MOTION TO SUPPRESS RE: SEARCH WARRANT
07/27/2007 Charge(s): 1,2
        MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 07/27/2007

        MOTION TO SUPPRESS RE: CONSENT
07/27/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 09/06/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL
07/27/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 09/06/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL                                    RE: SEARCH
        WARRANT
07/27/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 09/06/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL                                    RE: CONSENT
09/07/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS CONTINUED ON 09/06/2007

09/07/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS CONTINUED ON 09/06/2007

09/07/2007 Charge(s): 1,2
        HEARING -  MOTION TO SUPPRESS EVIDENCE CONTINUED ON 09/06/2007

09/07/2007 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 10/04/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL
09/07/2007 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 10/04/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL
09/07/2007 HEARING -  MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 10/04/2007 @ 8:00

        NOTICE  TO PARTIES/COUNSEL
10/02/2007 MOTION -  MOTION TO CONTINUE FILED BY STATE ON 10/02/2007

10/03/2007 MOTION -  MOTION TO CONTINUE GRANTED ON 10/03/2007

        COPY TO PARTIES/COUNSEL
10/03/2007 HEARING -  MOTION TO SUPPRESS EVIDENCE CONTINUED ON 10/03/2007

10/03/2007 HEARING -  MOTION TO SUPPRESS CONTINUED ON 10/03/2007

10/03/2007 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 12/11/2007 @ 1:00

        NOTICE  TO PARTIES/COUNSEL
10/03/2007 HEARING -  MOTION TO SUPPRESS CONTINUED ON 10/03/2007

10/03/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/11/2007 @ 1:00

      NOTICE  TO PARTIES/COUNSEL

10/03/2007 HEARING - MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 10/04/2007 @ 8:00

      NOTICE  TO PARTIES/COUNSEL

12/06/2007 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 12/06/2007

12/11/2007 MOTION - MOTION TO CONTINUE GRANTED ON 12/10/2007

      COPY TO PARTIES/COUNSEL

12/11/2007 HEARING - MOTION TO SUPPRESS CONTINUED ON 12/10/2007

12/11/2007 HEARING - MOTION TO SUPPRESS CONTINUED ON 12/10/2007

12/11/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 01/07/2008 @ 8:30

      NOTICE  TO PARTIES/COUNSEL

12/11/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 01/07/2008 @ 8:30

      NOTICE  TO PARTIES/COUNSEL

12/21/2007 HEARING - MOTION TO SUPPRESS EVIDENCE HELD ON 10/04/2007

12/21/2007 ORDER - COURT ORDER FILED ON 12/20/2007
      NANCY  MILLS , JUSTICE
      DEFENDANT'S MOTION TO SUPPRESS THE SEARCH AND SEIZURE OF EVIDENCE IS DENIED

A TRUE COPY
ATTEST: _____
            Clerk